STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
DANIEL J. KELLY, PLAINTIFF IN ERROR.

Argued March 5, 1924—Decided April 17, 1924.

On error to the Supreme Court, whose opinion is reported
in 1 *N. J. Mis. R.* 507.

For the plaintiff in error, *Mott & Bernheim.*

For the defendant in error, *John O. Bigelow,* prosecutor
of the pleas..

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, MINTURN,
BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER,
VAN BUSKIRK, CLARK, JJ.    11.

*For reversal*—None.